**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50320 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00471-DDP |
| v. | |
| VINCENT ANTHONY RAMIREZ, a.k.a. "T", a.k.a. Big T, a.k.a. Toro, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted November 13, 2012[**]

Before:    CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Vincent Anthony Ramirez appeals from the 264-month sentence imposed

following his guilty-plea conviction for conspiracy to distribute and to possess

with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1),

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

841(b)(1)(A)(viii), and 846; and conspiracy to launder money, in violation of 18 U.S.C. § 1956(h).  We dismiss.

Ramirez contends that the district court imposed a substantively unreasonable sentence and failed to explain adequately its reasons for the sentence. We are precluded from reaching the merits of Ramirez's claims by a valid appeal waiver.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).  Ramirez contends that the appeal waiver should not be enforced because at his plea hearing the district court advised him that appeal waivers are generally enforceable, but that he retained the right to appeal an illegal sentence.  The district court's qualified advisement did not invalidate the appeal waiver.  *See id.* at 987-88.

**DISMISSED.**